UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DEAN C. BOYD                                                                                    PLAINTIFF

V.                                            CIVIL ACTION NO. 3:24-CV-811-KHJ-MTP

MISSISSIPPI DEPARTMENT OF                                              DEFENDANTS
CORRECTIONS, et al.

### FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case without prejudice.

SO ORDERED AND ADJUDGED, this 21st day of February, 2025.

                                                                            s/ *Kristi H. Johnson*
                                                                  UNITED STATES DISTRICT JUDGE